IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

IN RE:

| | | |
|---|---|---|
| Comfort Kani Thompson | * | Case No.   18-22188 |
| | * | |
| | * | Chapter   7 |
| Debtor | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

U.S. BANK NATIONAL ASSOCIATION,          *
NOT IN ITS INDIVIDUAL CAPACITY BUT       *
SOLELY AS TRUSTEE NRZ PASSTHROUGH        *
TRUST X                                  *
                                         *
    Movant                               *
v.                                       *
                                         *
Comfort Kani Thompson                    *
    (Debtor)                             *
                                         *
    Respondent                           *

**DEBTOR'S REPLY TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

**Comes now** the Debtor/Respondent, Comfort Kani Thompson, by her counsel, James C. Martin and for Reply to Motion for Relief From Automatic Stay, states as follows:

1. The Respondent admits the allegations in Paragraphs 1-5.

2. The Respondent denies the allegation in Paragraph 8.

3. The Respondent either denies or is unable to admit or deny the remaining allegations in the Motion.

**WHEREFORE** for the reasons noted above, the Respondent prays the Movant's motion be DISMISSED.

/s/ James C. Martin
James C. Martin
Attorney for the Debtor
PO Box 157
Poolesville, MD  20837
301-279-8700
301-279-2504 facsimile
jcm@bankruptcylawman.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day October, 2018, a copy of this Debtor's Reply To Motion For Relief From Automatic Stay was sent via CM/ECF to Chapter 7 Trustee, Steven H. Greenfeld and to Hope Blocton, Esq, BWW Law Group, LLC Attorneys for the Movant, at bankruptcy@bww-law.com.

/s/ James C. Martin
James C. Martin